**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

PAMELA GARRETT,

                    Plaintiff,

vs.                                                    Case No. 3:04-cv-240-J-32MMH

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

                    Defendant.

_____

## ORDER

      This ERISA case came before the Court on cross-motions for summary judgment (Docs. 18, 20) seeking judicial review of the Plan Administrator's decision to deny plaintiff long term disability benefits under the Plan effective August 8, 2003.  The Court considered the parties' motions and supporting memoranda, responses and exhibits (Docs. 17, 18, 19, 20, 21, 23, 24) and on April 18, 2005 the Court heard oral argument, the record of which is incorporated by reference.  For the reasons set forth in the attached Findings,[1] the Court finds the Plan Administrator's decision is due to be affirmed and it is therefore hereby

      **ORDERED**:

      Defendant's Motion for Summary Judgment (Doc. 20) is **GRANTED** and plaintiff's Motion for Summary Judgment (Doc. 18) is **DENIED**.  The Clerk shall enter judgment accordingly and close the file.

_____

[1]The Court has slightly edited the findings made at the hearing in a non-material way.

**DONE AND ORDERED** at Jacksonville, Florida this 25th day of April, 2005.

TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies with attached Findings:

counsel of record